**Order entered February 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01148-CV

### GREENWOOD MOTOR LINES, INC. D/B/A R+L CARRIERS, ET AL., Appellants

### V.

### BOBBIE BUSH, Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-16041-M**

## ORDER

We **GRANT** appellee's February 20, 2015 unopposed second motion for an extension of time to file a brief. Appellee shall file a brief by **MARCH 25, 2015**. We caution appellee that no further extension of time will be granted absent extraordinary circumstances.

/s/      ELIZABETH LANG-MIERS
         JUSTICE